JS6/ENTER

FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| THOMAS DAVID RICE,<br><br>  Plaintiff,<br><br>  v.<br><br>WEST VALLEY DETENTION CENTER et al.,<br><br>  Defendants. | No. ED CV 12-01729-GHK (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: __7/29/14__

_/s/ George H. King_
GEORGE H. KING
Chief United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
JUL 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY